UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLIFTON COZER GREENE | CIVIL ACTION NO. 14-cv-3348 |
| VERSUS | JUDGE FOOTE |
| N. BURL CAIN | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **GRANTED** by vacating Clifton Cozer Greene's sentence of life imprisonment without benefit of probation, parole or suspension of sentence. The state trial court shall be allowed **120 days** from the entry of this judgment to resentence Greene in compliance with Miller v. Alabama, 132 S.Ct. 2455 (2012).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 16th day of Sept, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE